**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(BALTIMORE DIVISION)**

| | |
|---|---|
| **MARK SIEGEL, et al.** | * |
| **Plaintiffs** | * |
| **v.** | * |
| **FLOHR POOLS, Inc., et al.** | * |
| | *  **CASE NO.:  1:25-CV-03244-JMC** |
| **Defendants** | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER TO COMPLAINT AND PRAYER FOR JURY TRIAL

Defendants **Flohr Pools, Inc. and Jeffrey Overcash**, by and through their attorneys,  Ryan E. Naugle, and Bodie, Friddell & Grenzer, P.C., for his Answer to the Complaint, and each and every Count thereof, states the following:

I.

The Complaint fails to state a claim upon which relief can be granted.

II.

Defendants generally deny liability under each and every Count in Plaintiff's Complaint.

III.

1. The Plaintiff was contributorily negligent.

2. The Plaintiff assumed the risk.

3. Any losses and damages sustained by the Plaintiff, if at all, were caused by the acts of others over whom the Defendants have no control.

4. The Plaintiffs may not pursue a claim for Negligent Hiring, Supervision and Retention where vicarious liability is admitted.

5. The Plaintiffs may not pursue a claim for negligent entrustment where vicarious liability is admitted.

6. Defendants reserve the right to raise any defense available in law or in equity.

BODIE, FRIDDELL & GRENZER, P.C.

*/s/ Ryan E. Naugle*

Ryan E. Naugle Bar #28927
1301 York Road
Ste. 402
Timonium, MD 21093
410-823-1250
rnaugle@bodie-law.com
*Attorney for Defendants*

## PRAYER FOR JURY TRIAL

Defendants, **Flohr Pools, Inc. and Jeffrey Overcash**, by their undersigned attorney, hereby prays that the within matter be tried by a jury.

*/s/ Ryan E. Naugle*

Ryan E. Naugle

## CERTIFICATE OF SERVICE

I Hereby Certify, that on this **14th day of October, 2025**, a copy of the foregoing Answer to Complaint and Prayer for Jury Trial was served via MDEC to the following counsel of record:

Ari S. Casper, Esq.
The Casper Firm
400 E. Pratt Street, Ste. 903
Baltimore, MD 21202
410-989-5097
*Attorneys for Plaintiff*

BODIE, FRIDDELL & GRENZER, P.C.

/s/ Ryan E. Naugle
_____
Ryan E. Naugle Bar #28927
1301 York Road
Ste. 402
Timonium, MD 21093
410-823-1250
rnaugle@bodie-law.com
*Attorney for Defendant*